## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ANDRES TITUS and WILLIAM MCLEAN, individually and on behalf of all others similarly situated,,

                     Plaintiff,

-against-                                      23 **CIVIL** 0015 (JLR)

## JUDGMENT

UMG RECORDINGS, INC.,,

                     Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 20, 2023, UMGs motion is GRANTED. The Class Action Complaint is dismissed and Plaintiffs' alternative request for leave to amend is DENIED. Accordingly, the case is closed.

**Dated:**  New York, New York

      November 20, 2023

                                                              **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                    **BY:** _____

                                                                **Deputy Clerk**